## WILSON v EAST CLEVELAND (city)

Ohio Supreme Court

No 21402.  Decided June 19, 1929

Syllabus by ROBINSON, J.

**MUNICIPAL CORPORATIONS**

(360 P4h) A municipality is without power to prescribe a condition precedent

to the attachment of liability for a breach of the duty imposed upon it by **3714 GC.**

Marshall, CJ, Kinkade, Jones, Matthias, Day and Allen, J, concur.